**No. 10-5791. Vasila Georgieva, Petitioner v. Barnes & Noble.**

562 U.S. 1088, 131 S. Ct. 697, 178 L. Ed. 2d 527, 2010 U.S. LEXIS 9087.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 967, 131 S. Ct. 499, 178 L. Ed. 2d 297, 2010 U.S. LEXIS 8065.

**No. 10-5796. Robert C. Cook, Petitioner v. Michigan Department of Corrections.**

562 U.S. 1088, 131 S. Ct. 697, 178 L. Ed. 2d 527, 2010 U.S. LEXIS 9281.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 938, 131 S. Ct. 395, 178 L. Ed. 2d 225, 2010 U.S. LEXIS 7538.

**No. 10-5847. Richard Rowell, Petitioner v. Ruben A. Martino, et al.**

562 U.S. 1088, 131 S. Ct. 697, 178 L. Ed. 2d 527, 2010 U.S. LEXIS 9034.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 968, 131 S. Ct. 471, 178 L. Ed. 2d 300, 2010 U.S. LEXIS 8091.

**No. 10-5880. Bernardo Costa, Petitioner v. Missouri.**

562 U.S. 1089, 131 S. Ct. 697, 178 L. Ed. 2d 527, 2010 U.S. LEXIS 9041.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 983, 131 S. Ct. 416, 178 L. Ed. 2d 325, 2010 U.S. LEXIS 8198.

**No. 10-5901. Thelma Williams, Jr., Petitioner v. L. Free, et al.**

562 U.S. 1089, 131 S. Ct. 697, 178 L. Ed. 2d 527, 2010 U.S. LEXIS 9033.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 983, 131 S. Ct. 417, 178 L. Ed. 2d 325, 2010 U.S. LEXIS 8294.

**No. 10-6003. Karriece Quontrel Davis, Petitioner v. United States.**

562 U.S. 1089, 131 S. Ct. 698, 178 L. Ed. 2d 527, 2010 U.S. LEXIS 9038.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 943, 131 S. Ct. 365, 178 L. Ed. 2d 235, 2010 U.S. LEXIS 7339.

**No. 09-1433. Schaghticoke Tribal Nation, Petitioner v. Ken L. Salazar, Secretary of the Interior, et al.**

562 U.S. 1089, 131 S. Ct. 698, 178 L. Ed. 2d 527, 2010 U.S. LEXIS 9035.

November 29, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 947, 131 S. Ct. 127, 178 L. Ed. 2d 243, 2010 U.S. LEXIS 7739.